|    |                                                                |                                      |
|----|----------------------------------------------------------------|--------------------------------------|
| 1  |                                                                |                                      |
| 2  |                                                                |                                      |
| 3  |                                                                |                                      |
| 4  |                                                                |                                      |
| 5  |                                                                |                                      |
| 6  |                                                                |                                      |
| 7  |                                                                |                                      |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VIDEO GAMING TECHNOLOGIES, dba VGT, INC., a Tennessee Corporation, et al., | ) ) ) | Case No.: 2:08-CV-01241 JAM-EFB |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | RELATED CASE ORDER |
| BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO | ) ) | Case No.: 2:09-CV-00555 MCE-JFM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VIDEO GAMING TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of E.D. Cal. Local Rule 83-123. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under

PDF created with pdfFactory trial version www.pdffactory.com

Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related case are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. 2:09-CV-00555-MCE-JFM be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case *only* are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. 2:09-CV-0555-JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: February 27, 2009        /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com