UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIDEO GAMING TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No.: 2:09-CV-00555 JAM-EFB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

　　　Good cause appearing therefor:

　　　IT IS HEREBY ORDERED:

　　　1.　That Plaintiff's Motion for a Temporary Restraining Order is GRANTED.  Defendant Video Gaming Technologies, Inc. is prohibited from removing its electronic bingo devices from any of Plaintiff's bingo parlors located in this judicial District, including any of Plaintiff's bingo parlors identified in this Court's Preliminary Injunction Order dated June 30, 2008 (Case No. 2:08-CV-01241 JAM-EFB).

　　　2.　A hearing on Plaintiff's Motion for Preliminary Injunction will be held in Courtroom 6 of this Court on March 11, 2009 at 9:00 a.m.  Defendant shall file its responsive papers no

PDF created with pdfFactory trial version www.pdffactory.com

1  later than March 4, 2009.  Plaintiff shall file its reply to
2  Defendant's response no later than March 9, 2009.
3     3.   Affected parties may apply to this Court for modification
4  or dissolution of this Order on two (2) days notice or such shorter
5  notice as the Court may allow as provided for under Local Rule 65-
6  231 and FRCP 65(b).
7  Dated: February 27, 2009          /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
8                                    UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com