MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
MARGARET CAREW TOLEDO (SBN 181227)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: stroud@mgslaw.com

TODD MCTAVISH (Pro Hac Vice Pending)
CORPORATE COUNSEL
VIDEO GAMING TECHNOLOGIES, INC.
155 Franklin Road, Ste. 255
Brentwood, TN 37027
Telephone: 615-372-1000
Facsimile: 615-715-9713
E-mail: todd.mctavish@vgt.net

Attorneys for Defendant Video Gaming Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 2:09-cv-00555-JAM-EFB<br><br>**STIPULATION REGARDING MODIFICATION OF PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND PRELIMINARY INJUNCTION HEARING DATE; ORDER**<br><br>Date: March 11, 2009<br>Time: 9:00<br>Ctrm: 6<br><br>The Hon. John A. Mendez |

Plaintiff United Cerebral Palsy of Greater Sacramento ("UCP") and Defendant Video Gaming Technologies, Inc. ("VGT"), by and through their counsel of record, do hereby agree and stipulate as follows:

1. Upon approval of this Court, the briefing schedule and hearing date set forth in the February 27th Order Granting Plaintiff's Motion for Temporary Restraining Order ("Order") shall be modified as follows:

(a)     VGT shall file its opposition papers no later than March 11, 2009
                  (previous deadline was March 4, 2009).
          (b)     UCP will file its reply no later than March 16, 2009 (previous
                  deadline was March 9, 2009).
          (c)     The hearing on Plaintiff's Motion for Preliminary Injunction will
                  be held in Courtroom 6 on March 25, 2009 at 9:00 a.m.
     2.   There is good cause to modify the briefing schedule and hearing date set forth in the Order. The TRO was granted on February 27th, 2009. Three days is not a sufficient amount of time for VGT to prepare its opposition to the preliminary injunction. VGT's counsel requires additional time so that it can adequately defend the motion.

Dated: March 4, 2009                    PALMER KAZANJIAN WOHL PERKINS LLP



                                        By:      /s/    Heather S. Candy
                                             Heather S. Candy
                                             Attorneys for Plaintiff United Cerebral Palsy
                                             Of Greater Sacramento

Dated: March 4, 2009                    MENNEMEIER, GLASSMAN & STROUD LLP



                                        By:     / s /    Margaret Carew Toledo
                                             Margaret Carew Toledo
                                             Attorneys for Defendant Video Gaming
                                             Technologies, Inc.

Dated: March 4, 2009                    VIDEO GAMING TECHNOLOGIES, INC.



                                        By:     / s /    Todd McTavish
                                             Todd McTavish
                                             Attorneys for Defendant Video Gaming
                                             Technologies, Inc.

1  IT IS SO ORDERED.

2

3  DATED:     March 4, 2009

                                          /s/ John A. Mendez
4                                         John A. Mendez
                                          United States District Court Judge
5                                         Eastern District of California