1   MENNEMEIER, GLASSMAN & STROUD LLP
    ANDREW W. STROUD (SBN 126475)
2   MARGARET CAREW TOLEDO (SBN 181227)
    980 9ᵗʰ Street, Suite 1700
3   Sacramento, CA  95814
    Telephone:     916-553-4000
4   Facsimile:     916-553-4011
    E-mail:        stroud@mgslaw.com
5
    TODD MCTAVISH (Pro Hac Vice Pending)
6   CORPORATE COUNSEL
    VIDEO GAMING TECHNOLOGIES, INC.
7   155 Franklin Road, Ste. 255
    Brentwood, TN 37027
8   Telephone: 615-372-1000
    Facsimile: 615-715-9713
9   E-mail: todd.mctavish@vgt.net

10  Attorneys for Defendant Video Gaming Technologies, Inc.

11

12                 UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  UNITED CEREBRAL PALSY OF        )   Case No. 2:09-cv-00555-JAM-EFB
    GREATER SACRAMENTO,             )
                                    )   **STIPULATION REGARDING**
16              Plaintiff,          )   **MODIFICATION OF PRELIMINARY**
                                    )   **INJUNCTION BRIEFING SCHEDULE**
17  v.                              )   **AND PRELIMINARY INJUNCTION**
                                    )   **HEARING DATE;  ORDER**
18  VIDEO GAMING TECHNOLOGIES, INC.,)
                                    )   Date:   March 25 , 2009
19              Defendant.          )   Time:   9:00
                                    )   Ctrm:   6
20  _____ )
                                    )   The Hon. John A. Mendez
21

22

23

24

25

26

27

28

    09cv555.o.312.wpd                   1
    ────────────────────────────────────────────────────────────
    STIPULATION REGARDING MODIFICATION OF PI BRIEFING SCHEDULE AND HEARING DATE

1     Plaintiff United Cerebral Palsy of Greater Sacramento ("UCP") and Defendant

2  Video Gaming Technologies, Inc. ("VGT"), by and through their counsel of record, do hereby

3  agree and stipulate as follows:

4            1.      Upon approval of this Court, the briefing schedule and hearing date set

5  forth in the February 27th Order Granting Plaintiff's Motion for Temporary Restraining Order

6  ("Order") and subsequently modified by this Court's March 4th order shall be further modified as

7  follows:

8                    (a)      VGT shall file its opposition papers no later than April 15, 2009.

9                    (b)      UCP will file its reply no later than April 29, 2009.

10                   (c)      The hearing on Plaintiff's Motion for Preliminary Injunction will

11                            be held in Courtroom 6 on May 6, 2009 at 9:00 a.m.

12           2.      There is good cause to modify the briefing schedule and hearing date set

13  forth in the Order.  VGT's counsel requires additional time so that it can adequately defend the

14  motion.

15  Dated: March11, 2009                    PALMER KAZANJIAN WOHL PERKINS LLP

16

17

18                                           By: _____/s/_____Heather S. Candy_____
                                                 Heather S. Candy
19                                               Attorneys for Plaintiff United Cerebral Palsy
                                                 Of Greater Sacramento
20

21  Dated: March 11, 2009                   MENNEMEIER, GLASSMAN & STROUD LLP

22

23

24                                           By: _____/ s /_____Margaret Carew Toledo____
                                                 Margaret Carew Toledo
25                                               Attorneys for Defendant Video Gaming
                                                 Technologies, Inc.
26

27

28

1   Dated: March 11, 2009                    VIDEO GAMING TECHNOLOGIES, INC.

2

3

4                                            By: _____/ s /_____Todd McTavish_____
                                                 Todd McTavish
5                                                Attorneys for Defendant Video Gaming
                                                 Technologies, Inc.
6

7   IT IS SO ORDERED.

8

9   DATED:        March 12, 2009
                                                 /s/ John A. Mendez_____
10                                               Judge John A. Mendez
                                                 United States District Court
11                                               Eastern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28