MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
MARGARET CAREW TOLEDO (SBN 181227)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: stroud@mgslaw.com

Attorneys for Defendant Video Gaming Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 2:09-cv-00555-JAM-EFB<br><br>**STIPULATION REGARDING MODIFICATION OF PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND PRELIMINARY INJUNCTION HEARING DATE; ORDER**<br><br>Date: May 6, 2009<br>Time: 9:00<br>Ctrm: 6<br><br>The Hon. John A. Mendez |

Plaintiff United Cerebral Palsy of Greater Sacramento ("UCP") and Defendant Video Gaming Technologies, Inc. ("VGT"), by and through their counsel of record, do hereby agree and stipulate as follows:

1. Upon approval of this Court, the briefing schedule and hearing date set forth in the February 27th Order Granting Plaintiff's Motion for Temporary Restraining Order ("Order") and subsequently modified by this Court's March 4th and March 11th orders shall be further modified as follows:

    (a) VGT shall file its opposition papers no later than May 27, 2009.

    (b) UCP will file its reply no later than June 10, 2009.

/ / /

(c)     The hearing on Plaintiff's Motion for Preliminary Injunction will be held in Courtroom 6 on June 17, 2009 at 9:00 a.m.

    2.      The parties further stipulate and agree that VGT's answer to UCP's complaint in this matter will be due five days after the June 17, 2009 hearing; specifically, June 22, 2009.

    3.      There is good cause to modify the briefing schedule and hearing date set forth in the Order. VGT and its counsel require additional time to consider the impact of the Court's April 14, 2009 granting of the preliminary injunction in the matter *Video Gaming Technologies, Inc. v. Bureau of Gambling Control*, case no. 08-CIV-01241 JAM EFB, on this matter.

Dated: April 21, 2009                           PALMER KAZANJIAN WOHL PERKINS LLP


                                                By:   /s/ Heather S. Candy
                                                      Heather S. Candy
                                                      Attorneys for Plaintiff United Cerebral Palsy
                                                      Of Greater Sacramento


Dated: April 21, 2009                           MENNEMEIER, GLASSMAN & STROUD LLP


                                                By:   /s/ Andrew W. Stroud
                                                      Andrew W. Stroud
                                                      Attorneys for Defendant Video Gaming
                                                      Technologies, Inc.


IT IS SO ORDERED.


DATED:      April 21, 2009                      /s/ John A. Mendez
                                                Judge John A. Mendez
                                                United States District Court
                                                Eastern District of California