Heather S. Candy, SBN: 205900
PALMER KAZANJIAN WOHL PERKINS LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 442-3552
Facsimile: (916) 442-3606

Attorneys for Defendant
UNITED CEREBRAL PALSY OF GREATER SACRAMENTO

Andrew Stroud, SBN: 126475
MENNEMEIER, GLASSMAN & STROUD, LLP
980 – 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
E-Mail: stroud@mgslaw.com

Attorneys for Defendant
Video Gaming Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 2:09-CV-00555 JAM-EFB<br><br>**STIPULATION REGARDING FILING OF JOINT STATUS REPORT; ORDER** |

Plaintiff United Cerebral Palsy of Greater Sacramento ("UCP") and Defendant Video Gaming Technologies, Inc. ("VGT"), by and through their counsel of record, do hereby agree and stipulate that the Joint Status Report in the above-referenced action shall be filed within fourteen

PDF created with pdfFactory trial version www.pdffactory.com

(14) days after the hearing on Plaintiff's Motion for Preliminary Injunction scheduled on June 17, 2009 in Courtroom 6 of the above court.

Dated:_____          PALMER KAZANJIAN WOHL PERKINS LLP

                               By: /s/ Heather S. Candy
                                   Heather S. Candy

                               Attorneys for Plaintiff
                               UNITED CEREBRAL PALSY OF GREATER SACRAMENTO

Dated:_____          MENNEMEIER, GLASSMAN & STROUD LLP

                               By: /s/ Andrew W. Stroud
                                   Andrew W. Stroud

                               Attorneys for Defendant
                               VIDEO GAMING TECHNOLOGIES, INC.

ORDER

IT IS SO ORDERED.

Dated: April 29, 2009          /s/ John A. Mendez
                               Judge John A. Mendez
                               United States District Court
                               Eastern District of California

2.

PDF created with pdfFactory trial version www.pdffactory.com