MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
MARGARET CAREW TOLEDO (SBN 181227)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: stroud@mgslaw.com

Attorneys for Defendant Video Gaming Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 2:09-cv-00555-JAM-EFB<br><br>**STIPULATION REGARDING MODIFICATION OF PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND PRELIMINARY INJUNCTION HEARING DATE; ORDER**<br><br>Date: June 17, 2009<br>Time: 9:00<br>Ctrm: 6<br><br>The Hon. John A. Mendez |

Plaintiff United Cerebral Palsy of Greater Sacramento ("UCP") and Defendant Video Gaming Technologies, Inc. ("VGT"), by and through their counsel of record, do hereby agree and stipulate as follows:

1. Upon approval of this Court, the briefing schedule and hearing date set forth in the April 21, Stipulation Regarding Modification of Preliminary Injunction Briefing Schedule and Order Thereon ("Order") shall be further modified as follows:

    (a) VGT shall file its opposition papers no later than June 24, 2009.

    (b) UCP will file its reply no later than July 8, 2009.

    (c) The hearing on UCP's Motion for Preliminary Injunction will be held in Courtroom 6 on July 15, 2009 at 9:00 a.m.

2. The parties further stipulate and agree that VGT's answer to UCP's complaint in this matter will be due five days after the July 15, 2009 hearing; specifically, July 20, 2009.

3. There is good cause to modify the briefing schedule and hearing date set forth in the Order. Counsel for UCP and VGT need additional time to consider and discuss the impact of the Court's May 7, 2009 order granting the preliminary injunction in the matter *Video Gaming Technologies, Inc. v. Bureau of Gambling Control*, case no. 08-CIV-01241 JAM EFB, on this matter.

Dated: May 21, 2009     PALMER KAZANJIAN WOHL PERKINS LLP


By: /s/ Heather S. Candy

    Heather S. Candy
    Attorneys for Plaintiff United Cerebral Palsy
    Of Greater Sacramento

Dated: May 21, 2009     MENNEMEIER, GLASSMAN & STROUD LLP


By: /s/ Andrew W. Stroud

    Andrew W. Stroud
    Attorneys for Defendant Video Gaming
    Technologies, Inc.

IT IS SO ORDERED.

DATED:    May 22, 2009        /s/ John A. Mendez
                              Judge John A. Mendez
                              United States District Court
                              Eastern District of California