1  Heather S. Candy, SBN: 205900
   PALMER KAZANJIAN WOHL HODSON LLP
2  520 Capitol Mall, Suite 600
   Sacramento, CA 95814
3  Telephone:    (916) 442-3552
   Facsimile:    (916) 442-3606
4
   Attorneys for Defendant
5  UNITED CEREBRAL PALSY OF GREATER SACRAMENTO

6  Andrew Stroud, SBN: 126475
   MENNEMEIER, GLASSMAN & STROUD, LLP
7  980 – 9th Street, Suite 1700
   Sacramento, CA 95814
8  Telephone:    (916) 553-4000
   Facsimile:    (916) 553-4011
9  E-Mail:       stroud@mgslaw.com

10 Attorneys for Defendant
   Video Gaming Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, | Case No. 2:09-CV-00555 JAM-EFB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING MODIFICATION OF PRELIMIANRY INJUNCTION BRIEFING SCHEDULE AND PRELIMINARY INJUNCTIN HEARING DATE; ORDER** |
| v. | |
| VIDEO GAMING TECHNOLOGIES, INC., | |
| Defendant. | |

Plaintiff United Cerebral Palsy of Greater Sacramento ("UCP") and Defendant Video Gaming Technologies, Inc. ("VGT"), by and through their counsel of record, do hereby agree and stipulate as follows:

    1.   Upon approval of this Court, the briefing schedule and hearing date set forth in the May 26, 2009, Stipulation Regarding Modification of Preliminary Injunction Briefing Schedule and Order thereon ("Order") shall be further modified as follows:

PDF created with pdfFactory trial version www.pdffactory.com

       (a)    VGT shall file its opposition papers no later than August 5, 2009;

       (b)    UCP shall file its reply no later than August 19, 2009; and

       (c)    The hearing on UCP's Motion for Preliminary Injunction shall be held in Courtroom 6 on August 26, 2009 at 9:00 a.m.

2.    The parties further stipulate and agree that VGT's answer to UCP's Complaint in this matter will be due five days after the August 26, 2009 hearing; specifically, August 31, 2009.

3.    There is good cause to modify the briefing schedule and hearing date set forth in the Order. Counsel for UCP and VGT need additional time to consider and discuss the impact of the Court's May 7, 2009 order granting the preliminary injunction in the matter of *Video Gaming Technologies, Inc. v. Bureau of Gambling Control*, Case No. 08-CIV-01241 JAM EFB, on this matter.

Dated:  June 23, 2009                       PALMER KAZANJIAN WOHL HODSON LLP


By: /s/ Heather S. Candy
     Heather S. Candy

Attorneys for Plaintiff
UNITED CEREBRAL PALSY OF GREATER SACRAMENTO

Dated:  June 23, 2009                       MENNEMEIER, GLASSMAN & STROUD LLP


By: /s/ Andrew W. Stroud
     Andrew W. Stroud

Attorneys for Defendant
VIDEO GAMING TECHNOLOGIES, INC.

ORDER

IT IS SO ORDERED.

Dated:  June 23, 2009                       /s/ John A. Mendez
                                              Judge John A. Mendez
                                              United States District Court
                                              Eastern District of California

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

2.

PDF created with pdfFactory trial version www.pdffactory.com