MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
MARGARET CAREW TOLEDO (SBN 181227)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA  95814
Telephone:     916-553-4000
Facsimile:      916-553-4011
E-mail:          stroud@mgslaw.com

Attorneys for Defendant
Video Gaming Technologies, Inc.

PALMER KAZANJIAN WOHL HODSON LLP
HEATHER S. CANDY (SBN 205900)
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:     (916) 442-3552
Facsimile:      (916) 442-3606

Attorneys for Plaintiff
United Cerebral Palsy of Greater Sacramento

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, <br><br>　　　　Plaintiff, <br><br>v. <br><br>VIDEO GAMING TECHNOLOGIES, INC., <br><br>　　　　Defendant. | Case No. 2:09-cv-00555-JAM-EFB <br><br>**STIPULATION REGARDING STAY OF ACTION PENDING OUTCOME OF APPEAL IN RELATED ACTION; ORDER** <br><br>Filed: February 26, 2009 <br><br>The Hon. John A. Mendez |
|---|---|

Plaintiff United Cerebral Palsy of Greater Sacramento ("UCP") and Defendant Video Gaming Technologies, Inc. ("VGT"), by and through their counsel of record, do hereby stipulate and agree as follows:

WHEREAS on or about May 7, 2009, this Court entered a preliminary injunction in the action *Video Gaming Technologies, Inc., et al. v. Bureau of Gambling Control, et al.*; Case No. 2:08-cv-01241-JAM-EFB  (hereafter "Related Action");

WHEREAS on May 26, 2009, the State of California filed a Notice of Appeal in the Related Action;

WHEREAS because it is an appeal from a preliminary injunction, briefing and hearing in the Related Action will be expedited;

WHEREAS because many of the issues presented in the appeal in the Related Action are relevant to this action, such that decision on appeal in the Related Action may have a material impact on future proceedings in this action; and

WHEREAS judicial economy would be best served by waiting until completion of the appeal before continuing proceedings in this action;

NOW THEREFORE, the parties do hereby agree as follows:

1. Upon approval of this Court, the June 23, 2009 order adopting the briefing schedule and hearing date of August 26, 2009 on the preliminary injunction is hereby VACATED.

2. All further proceedings in this action are hereby STAYED until the Ninth Circuit issues its opinion in the Related Action. The Court's February 27, 2009 order granting plaintiff a temporary restraining order will remain in full force and effect while this action is stayed.

3. Within ten (10) days following the issuance of the Ninth Court's opinion in the Related Action, the parties shall contact the Court with a scheduling proposal regarding setting a hearing for a preliminary injunction in this action or dissolving the temporary restraining order, or making any other scheduling proposal that would appear to be called for in light of the Ninth Circuit's decision.

4. Nothing herein shall prohibit either party from moving to lift the stay and setting this matter for hearing on the Court's next available calendar, nor the Court from lifting the stay *sua sponte*.

///
///
///

1 | Dated: July 27, 2009                    MENNEMEIER, GLASSMAN & STROUD LLP

2

3

4 |                                             By:   /s/ Andrew W. Stroud
                                                 Andrew W. Stroud

5 |                                                  Attorneys for Defendant Video Gaming
                                                 Technologies, Inc.

6

7 | Dated: July 27, 2009                    PALMER KAZANJIAN WOHL HODSON LLP

8

9

10 |                                             By:   /s/ Heather S. Candy
                                                 Heather S. Candy

11 |                                                  Attorneys for Plaintiff United Cerebral Palsy
                                                 Of Greater Sacramento

12

13

14 | IT IS SO ORDERED.

15

16 | DATED:        July 28, 2009            /s/ John A. Mendez
                                                 Judge John A. Mendez

17 |                                                United States District Court
                                             Eastern District of California

18

19

20

21

22

23

24

25

26

27

28